UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>        *Plaintiff*,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>        *Defendant*. | CASE NO. 2:20-cv-0477-BJR-MAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed Petitioner's petition for a writ of habeas corpus, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the record of the case, and noting that no objections have been filed, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for a writ of habeas corpus, Dkt. No. 5, and this action, are DISMISSED without prejudice for failure to exhaust state court remedies;

(3) Petitioner's motion to amend his petition to name a proper respondent, Dkt. No. 9, and his motion for appointment of counsel, Dkt. No. 10, are DENIED;

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United

1

States District Courts, a certification of appealability is DENIED; and

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Mary Alice Theiler.

DATED this 24th day of June, 2020.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

2